IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| MICHELLE HOLLOWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cv-04033-MDH |
| | ) | |
| C.R. BARD, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Before the Court is the Parties' Agreed Joint Motion to Stay Proceedings (Doc. 15). The Parties request that this Court enter an Order temporarily staying discovery and all pretrial deadlines imposed by the Court until July 2, 2021, to allow the Parties to resolve this case and to finalize pre-transfer settlement discussions. The Court **GRANTS** the Parties' Motion and discovery and all pretrial deadlines are stayed until July 2, 2021.

**IT IS SO ORDERED.**

Dated: March 29, 2021

                                                                           */s/ Douglas Harpool*
                                                                           **DOUGLAS HARPOOL**
                                                                           **United States District Judge**